No. 165.  AKERS ET UX. *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied. *Robert Ash* for petitioners.  *Solicitor General Perlman,*

824

*Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

